■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARON TARVER, Appellant. [667 NYS2d 934] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered January 14, 1997, convicting him of robbery in the first degree (two counts) and burglary in the first degree, upon a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support the convictions is unpreserved for appellate review (see, CPL 470.05 [2]; People v Udzinski, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (see, People v Prewitt, 150 AD2d 618). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]). Miller, J. P., Sullivan, Pizzuto and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP A. TURNER, Appellant. [667 NYS2d 944] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Byrne, J.), rendered January 9, 1997, revoking a sentence of probation previously imposed by the same court on July 26, 1995, upon his conviction of driving while intoxicated, upon his admission that he had violated conditions thereof, and imposing a sentence of imprisonment.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.